Gail L. BALMAS, Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security Administration, Appellee.

No. 01–3619.

United States Court of Appeals,
Eighth Circuit.

Submitted April 3, 2002.

Decided April 5, 2002.

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

PER CURIAM.

Gail L. Balmas appeals the District Court's[1] order affirming the denial of disability insurance benefits. Because Balmas failed to file a brief in the District Court, she has forfeited the arguments she presents on appeal. *See Roberts v. Apfel,* 222 F.3d 466, 470 (8th Cir.2000) (refusing to address on appeal argument not presented to district court). Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.